UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 SEP -5  P 2:01

CLERK'S OFFICE
AT GREENBELT

BRETT KIMBERIN,
Plaintiff,

v.

ANONYMOUS BLOGGER
KIMBERLINUNMASKED,
Defendant.

No. BK   RWT 13 CV 2580

DECLARATION OF
BRETT KIMBERLIN

**IN RE DMCA SUBPOENA TO GOOGLE INC.**

I, Brett Kimberlin, certify that the following is true and correct:

1. I am the Plaintiff in the above captioned case proceeding pro se.

2. This case involves multiple violations of the Copyright and the Digital Millennium Copyright Act by an anonymous blogger who goes by the name KimberlinUnmasked.

3. On behalf of myself, I am seeking a subpoena pursuant to 17 USC 512(h) to obtain information sufficient to identify KimberinUnmasked.

4. I have a good faith belief, based on facts known to me, as alleged in the Complaint, that KimberlinUnmasked is infringing on my copyright rights.

5. The purpose of this subpoena is to obtain the identity of KimberinUnmasked, and the information obtained therefrom will only be used for the purpose of protecting my rights under 17 USC 101, et seq.

6. This subpoena will be served on Google Inc. at Google Legal Investigations Support 1600 Amphitheater Parkway, Mountain View, CA 94043 Phone

Number: 650-253-3425 Fax Number: 650-649-2939  email: legal-support@google.com

I declare that the foregoing is true and correct pursuant to 28 USC 1746.

Brett Kimberlin

Dated this 5th day of September, 2013