FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 SEP -5 P 2: 01

CLERK'S OFFICE
AT GREENBELT

BK

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

BRETT KIMBERIN,
Plaintiff,

v.   No.

ANONYMOUS BLOGGER
KIMBERLINUNMASKED,
Defendant.

RWT 13 CV 2580

# NOTIFICATION OF COPYRIGHT INFRINGEMENT UNDER 17 USC 512(h) FOR SUBPOENA IDENTIFYING ANONYMOUS BLOGGER KIMBERLINUNMASKED

Plaintiff Brett Kimberlin hereby notifies GOOGLE Inc., pursuant to 17 USC 512(h), of copyright infringement by anonymous blogger KimberlinUnmasked, who blogs at kimberlinunmasked.blogspot.com, a Blogger.com blog owned by GOOGLE Inc.

1. KimberlinUnmasked has posted copyrighted photographs on the following posts. KimberlinUnmasked has refused Plaintiff's demand to remove the infringed works.

    http://kimberlinunmasked.blogspot.com/2013/08/brett-kimberlin-wants-us-to-take-down.html

    http://kimberlinunmasked.blogspot.com/2013/07/notice-to-brett-kimberlin.html

    http://kimberlinunmasked.blogspot.com/2013/07/brett-kimberlin-peace-order-hearing.html

    http://kimberlinunmasked.blogspot.com/2013/07/brett-kimberlin-accuses-wife-of.html

http://kimberlinunmasked.blogspot.com/2013/05/brett-kimberlins-explanation-for-epoxy.html

http://kimberlinunmasked.blogspot.com/2013/05/brett-kimberlin-denied-involvement-in.html

http://kimberlinunmasked.blogspot.com/2013/05/brett-kimberlin-bombing-charges-same-as.html

http://kimberlinunmasked.blogspot.com/2013/05/brett-kimberlin-and-irs.html

http://kimberlinunmasked.blogspot.com/2013/05/shipley-gets-surprise.html

http://kimberlinunmasked.blogspot.com/2013/05/the-many-faces-of-brett-kimberlin.html

http://kimberlinunmasked.blogspot.com/2013/04/why-did-prosecutors-refuse-to-charge.html

http://kimberlinunmasked.blogspot.com/2013/04/brett-kimberlin-is-in-no-way-comparable.html

http://kimberlinunmasked.blogspot.com/2013/03/brett-kimberlin-doesnt-like-being-mocked.html

http://kimberlinunmasked.blogspot.com/2013/03/cavete-idus-martias.html

http://kimberlinunmasked.blogspot.com/2013/03/brett-kimberlin-still-pervert-racist.html

http://kimberlinunmasked.blogspot.com/2013/02/who-is-brett-kimberlin.html

2. Plaintiff has requested a subpoena to determine the identity of KimberlinUnmasked.

3. Plaintiff has supplied the Clerk of the District Court with the required affidavit under 17 USC 512(h).

4. This notification is being sent to GOOGLE Inc. via Google Legal Investigations Support, 1600 Amphitheater Parkway, Mountain View, CA 94043 Phone Number: 650-253-3425 Fax Number: 650-649-2939 email: legal-support@google.com.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
BETHESDA, MD 20817

DATED this 5th day of September, 2013