AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Brett Kimberlin )
_Plaintiff_ )
v. ) Civil Action No. RWT 13CV 2580
Anonymous Blogger, Kimberllin Unmasked )
) (If the action is pending in another district, state where:
_Defendant_ ) District of Maryland, Greenbelt )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Google Inc, Legal Department, 1600 Ampitheater Pkwy, Mountain View, CA 94043

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
All information related to the identity of the person who registered the kimberlinunmasked.blogspot.com account, including name, email, and IP addresses.

| Place: Brett Kimberlin, 8100 Beech Tree Rd, Bethesda, MD 20817 | Date and Time: 11/5/13 10 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10-9-13     RICHARD W. WIEKING

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_     OR     _Attorney's signature_
ANNA SPRINKLES

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ Brett Kimberlin, pro se
_____, who issues or requests this subpoena, are:
8100 Beech Tree Rd, Bethesda, MD 20817 (301) 320 5921, justicejtmp@comcast.net