**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| BRETT KIMBERLIN | * | |
| Plaintiff | * | |
| v | * | Civil Action No. RWT-13-2580 |
| ANONYMOUS BLOGGER UNMASKED | * | |
| Defendant | * | |

***

## CORRECTED ORDER

The Court having considered Plaintiff's Motion for Extension of Time to Serve Defendant, it is this 17th day of October, 2013, by the United States District Court for the District of Maryland, hereby **ORDERED** that Plaintiff's Motion for Extension of Time is **GRANTED IN PART** and Plaintiff is given until **February 14, 2014** to effect service on Defendant.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE