IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRETT KIMBERLIN | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. RWT-13-2580 |
| ANONYMOUS BLOGGER UNMASKED | * | |
| Defendant | * | |

**ORDER**

For reasons set forth in the accompanying Memorandum Opinion, it is, this 27th day of February, 2014, hereby

**ORDERED**, that Plaintiff's Motion to Find that Defendant has been Served (ECF No. 7) is **DENIED**; and it is further

**ORDERED**, that Aaron J. Walker's Motion for Leave to Allow Defendants to File Anonymously (ECF No. 8) is **DENIED**; and it is further

**ORDERED**, that Aaron J. Walker's Motion for Leave to File as Amicus Curiae (ECF No. 9) is **DENIED**; and it is further

**ORDERED**, that Aaron J. Walker's Motion to Dismiss (ECF No. 11) is **DENIED**; and it is further

**ORDERED**, that the Plaintiff is directed to **SHOW CAUSE** within 14 days of the date of this Order why this case should not be dismissed for failure to effect service of process as required by Rule 4(m) of the Federal Rules of Civil Procedure.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE