# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRETT KIMBERLIN | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. RWT-13-2580 |
| | * | |
| ANONYMOUS BLOGGER UNMASKED | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER

The Court having considered Plaintiff's Response to the February 27, 2014 Order to Show Cause and Motion to File Amended Complaint, it is, this 19th day of March, 2014, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion to File Amended Complaint (ECF No. 15) is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Amended Complaint (ECF No. 14) is deemed filed as of the date of this Order; and it is further

**ORDERED**, that the Clerk shall take all necessary steps to prepare and issue summons and return summons to Plaintiff for service on the Defendants.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE