**CERTIFIED MAIL**

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
CABIN JOHN, MD
20818
MAR 31, 14
AMOUNT
$11.60
00016206-10
1006   60174

RETURN RECEIPT REQUESTED

FROM:
B Kimbala
7100 Beech tree 20817
Bethesda, MD 20817

TO: Peter G Malone

1st NOTICE   4/3/14
2nd NOTICE
RETURNED

NIXIE   601743066-1N   04/22/14
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

UNCLAIMED

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

---

Certified Mail

■ Yes
□ No

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail®
□ Registered
□ Insured Mail
□ Priority Mail Express™
□ Return Receipt for Merchandise
□ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   □ Yes

1. Article Addressed to:
Peter G Malone
704 Viewpointe Dr
St Charles, IL 60174

2. Article Number
(Transfer from service label)
7112 2920 0000 9200 0493

PS Form 3811, July 2013   Domestic Return Receipt

**CERTIFIED MAIL**

**RETURN RECEIPT REQUESTED**

FROM:
B Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817

TO: Lynn Thomas
704 Viewpoint

1st NOTICE 4/3
2nd NOTICE
RETURNED 4/8/14

NIXIE  601743066-1N  04/22/

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER

---

**Return Receipt (PS Form 3811)**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Lynn Thomas
704 Viewpoint Dr
St Charles, IL 60174

COMPLETE THIS SECTION ON DELIVERY
A. Signature — X
B. Received by (Printed Name) / C. Date of Delivery
☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7003 1680 0000 8911 9948

PS Form 3811, February 2004   Domestic Return Receipt

