UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
Plaintiff,

v.                                                          No. 8-13 CV 02580 RWT

LYNN THOMAS, et al,
Defendants.

**NOTICE OF ADDITIONAL AUTHORITY IN RELATED CASE**

Now comes Plaintiff Brett C. Kimberlin and notifies this Court of an Order issued on July 28, 2014 in the related case of Kimberlin v. Walker, et al, No. 380966 V from the Montgomery County Circuit Court, per Judge Creighton. Attached.

In short, Plaintiff is suing Defendants Lynn Thomas and Peter G. Malone in that case for defamation and false light. They had been evading service in that case and therefore Plaintiff filed a Motion for Alternative Service. The Court found that Plaintiff "has made reasonable efforts to serve Defendants Lynn Thomas and Peter Malone by certified mail, restricted delivery to their last known addresss...." Therefore, the Court held that "service made as to Defendants Lynn Thomas and Peter Malone by electronic mail shall be considered effective service."

Plaintiff has also demonstrated that he has made reasonable efforts to serve the same two Defendants in the instant case, and that they have notice of the Complaint.

Respectfully submitted,

Brett Kimberlin

Certificate of Service

I certify that I mailed a copy of this Motion to the Defendants at their last known address in St. Charles, Illinois this 4th day of August, 2014.

Brett Kimberlin