IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

BRETT KIMBERLIN,
Plaintiff

v.                                              CASE NUMBER: 380966-V

AARON WALKER, et al,
Defendants

## ORDER GRANTING ALTERNATIVE SERVICE FOR DEFENDANTS LYNN THOMAS AND PETER MALONE

In consideration of Plaintiff's Motion for Alternative Service, it is this 24th day of July, 2014, hereby

**ORDERED**, that pursuant to Maryland Rule 2-121(c), Plaintiff has made reasonable efforts to serve Defendants Lynn Thomas and Peter Malone by certified mail, restricted delivery to their last known address, that service pursuant to Maryland Rule 2-121(b) is impracticable. It is further

**ORDERED**, that pursuant to Maryland Rule 2-121(d), service made as to Defendants Lynn Thomas and Peter Malone by electronic mail shall be considered effective service.

Audrey A. Creighton, Judge
Circuit Court for Montgomery County, Maryland

**ENTERED**
JUL 28 2014
Clerk of the Circuit Court
Montgomery County, Md.