### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRETT KIMBERLIN | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. RWT-13-2580 |
| | * | |
| ANONYMOUS BLOGGER | * | |
| KIMBERLAN UNMASKED, et al. | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER

On July 16, 2014, the Plaintiff filed a Motion for Default Judgment. ECF No. 18. Defendants, who have yet to be properly served, filed a Response in Opposition solely to respond to the motion and specifically declining to waive service. ECF No. 19. Plaintiff then filed a Reply and Motion to Strike the Response in Opposition. ECF No. 20.

Although both parties' filings are rife with various accusatory statements, the bottom line is that the Plaintiff has not filed any proper proof of service and has not adequately demonstrated that service has been made in accordance with the applicable rules. There has been no proof of actual service and the Plaintiff has not asked this Court for leave to provide alternate service. Accordingly, it is, this 8th day of August, 2014, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion for Default Judgment (ECF No. 18) is **DENIED**; and it is further

**ORDERED**, that Plaintiff's Motion to Strike (ECF No. 20) is **DENIED**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
