IN THE CIRCUIT COURT OF MONTGOMERY COUNTY MARYLAND

BRETT KIMBERLIN,
Plaintiff,

v.     No. RWT 13 2580

LYNN THOMAS, et al,
Defendants

## MOTION FOR ALTERNATIVE SERVICE OF DEFENDANTS PETER MALONE AND LYNN THOMAS

Now comes Plaintiff Brett Kimberlin and moves this Court, pursuant to Maryland Rules 2-121(b) and 2-122, to grant alternative service of Defendants Lynn Thomas and Peter Malone.

1. Attached is Plaintiff's Affidavit stating that he has served Defendants Lynn Thomas and Peter Malone by Certified Mail, Return Receipt Requested, and Restricted Delivery at their last known official addresses. Each of those mailings was returned as "Unclaimed." Exhibits A-B.

2. Plaintiff asked an attorney representing the Defendants in another case if he would accept service in this case for Defendants. That attorney, John Lowe from Bethesda, Maryland, said that he was not yet retained in this case and could not accept service.

3. Defendants Thomas and Malone are aware of this lawsuit and have actually filed pleadings in the case pro se, and have been provided notice of it from other sources, including their co-defendants. Defendants have repeatedly tweeted about the lawsuit on Twitter and in blog posts online.

4. Because these Defendants have notice of the suit but have evaded actual service, alternate service is appropriate under the rules. Plaintiff asks

this Court to allow service Lynn Thomas and Peter Malone at an email used by them under their pseudonym, KimberlinUnmasked, causalnexus,george@gmail.com.

Wherefore, for all the above reasons, Plaintiff moves this Court to allow alternative service as stated in this motion or by any other means directed by this Court.

Respectfully submitted,

Brett Kimberlin

Certificate of Service

I certify that I emailed a copy of this motion to Defendant Thomas and Peter Malone at causalnexus.george@gmail.com this 30th day of September, 2014.

Brett Kimberlin