IN THE CIRCUIT COURT OF MONTGOMERY COUNTY MARYLAND

BRETT KIMBERLIN,
   Plaintiff,

v.                                                          No. GLH 13 3059

LYNN THOMAS, et al,
   Defendants

## DECLARATION OF BRETT KIMBERLIN

I, Brett Kimberlin, declare, under the provisions of 28 USC 1746, that the following is true and correct under penalty of perjury.

1. I have attempted to serve the summons and amended complaint on Defendants Lynn Thomas and Peter Malone by certified mail, return receipt requested, and restricted delivery. All of those mailings were returned as unclaimed. I have previously tried to serve these defendants in and other suits but they have all been returned.

2. Judges in a State of Maryland case I brought against defendants Peter Malone and Lynn Thomas ordered alternative service after they evaded service for months.

3. I asked an attorney for Defendants Malone and Thomas in that state case to accept service of the instant complaint but he said that he was not retained in this case.

4. I have served these defendants at that their last known official addresses without success. I have read blog posts and tweets by the defendants stating

that they have knowledge of the complaint. These defendants have filed pleadings in this case.

5. I have made a repeated good faith effort to serve these defendants.

September 30, 2014

Brett Kimberlin