**CERTIFIED MAIL**

**Certified Mail Return Receipt (PS Form 3811):**

- A. Addressee
- B. Received by (Printed Name)
- C. Date of Delivery
- D. Is delivery address different from item 1?
- 1. Article Addressed to:
  Lynn Thomas
  704 Viewpoint Dr
  St Charles IL
  60174
- 2. Article Number: 7003 1680 0000 8911 9948
- 3. Service Type: Certified Mail
- 4. Restricted Delivery? Yes

Ex A-B

---

**Envelope:**

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
CABIN JOHN, MD 20818
MAR 31, 14
AMOUNT $11.60

FROM:
B Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817

TO: Lynn Thomas
704 Viewpoint Dr

1st NOTICE  4/3
2nd NOTICE  4/8/14
RETURNED

NIXIE   601743066-1N   04/22/14
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER

UNCLAIMED


UNITED STATES POSTAL SERVICE

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

PRESS FIRMLY TO SEAL

PRIORITY MAIL

RETURN RECEIPT REQUESTED

UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
CABIN JOHN.MD
20818
MAR 31, '14
AMOUNT
$11.60
1006 60174 00016206-10

FROM:
B Kimberlin
8100 Beech Tree ~~20817~~
Bethesda, MD 20817

TO: Peter G Malone
704 Viewpointe Dr
St Charles, IL
60174

1st NOTICE 4/3
2nd NOTICE 4/14
RETURNED

NIXIE 601743066-1N 04/22/14

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

UNCLAIMED

UNCLAIMED

UNCLAIMED

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Peter G Malone
704 Viewpointe Dr
St Charles, IL
60174

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label)
7012 2920 0000 9200 0493

PS Form 3811, July 2013 Domestic Return Receipt

July 2013
.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

