**PRIORITY MAIL**

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

* Domestic only

POSTAL SERVICE
1024    20770
AMOUNT
$5.75
00061831-06

FROM: Kimbalin
8100 Beech Tree Rd
Bethesda MD 20817

TO: Clerk of District Court
6500 Cherrywood Ln
Greenbelt, MD 20770

UNITED STATES POSTAL SERVICE

USPS TRACKING #
9114 9012 3080 1227 4875 44

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

PS00001000014    EP14F July 2013   OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®