UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Brett Kimberlin<br>                    Plaintiff,<br>    v.<br>Anonymous<br>Bloggers, et al.       Defendants | Civil Action No. 8:13-cv-02580RWT |

**STIPULATION FOR ENTRY OF JUDGMENT DISMISSING AND CLOSING CASE**

WHEREAS, the Plaintiff and Defendants Lynn Thomas and Peter Malone, have reached a settlement which provides for the entry of judgment dismissing and closing this case;

IT IS HEREBY STIPULATED AS FOLLOWS:

1. Plaintiff in the above-captioned action is Brett Kimberlin

2. Lynn Thomas and Peter Malone are Defendants in the above-captioned action.

3. Subject to the approval of the Court, the Plaintiff and Defendants Lynn Thomas and Peter Malone agree that the Court should enter in this action a judgment dismissing this action (and any claims, cross-claims and counterclaims of the parties) as to Defendants Lynn Thomas and Peter Malone with prejudice, said judgment having the form and content of the "Stipulated Judgment" attached hereto as Exhibit A.

4. Each party shall bear its or its own costs and attorney fees in this action.

Respectfully submitted,

_____
Brett Kimberlin, Plaintiff, Pro Se

_____
John C. Lowe
Counsel for Lynn Thomas
and Peter Malone