UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Brett Kimberlin

               Plaintiff,

    v.

Anonymous Blogger, et al.

              Defendants

Civil Action No. 8:13-cv-02580-RWT

## STIPULATED JUDGMENT

Whereas, Plaintiff and Defendants Lynn Thomas and Peter Malone have reached a settlement and stipulated to the entry of judgment having the terms and conditions set forth below:

Accordingly, it is this ____ day of _____ 2014, by the United States District Court for the District of Maryland, ORDERED, DECREED and ADJUDGED THAT:

1. The Complaint and all amended complaints in this action are dismissed with prejudice as to Defendants Lynn Thomas and Peter Malone.

2. Each party shall bear its or his own costs and attorney fees in this action.

3. This Judgment is Final.

 

Hon. Roger W. Titus, Judge
U. S. District Court for the District of Maryland

Asked for by:

_____
Brett Kimberlin, Plaintiff, Pro Se

_____
John C. Lowe
Counsel for Defendant Lynn Thomas
And Defendant Peter Malone